IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH T. TAYLOR,<br>    Plaintiff,<br><br>v.<br><br>PBR CONSULTING GROUP, INC.,<br>    Defendant. | CIVIL ACTION NO. 02-2750 |

**O R D E R**

**AND NOW,** this 3rd day of July, 2002, upon consideration of Motion to Dismiss and the response thereto, it is **ORDERED** that said Motion is **DENIED** without prejudice to renew as a Motion for Summary Judgment following completion of discovery.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**