IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH T. TAYLOR,<br>     Plaintiff,<br><br>v.<br><br>PBR CONSULTING GROUP, INC.,<br>     Defendant. | CIVIL ACTION NO. 02-2750 |

**O R D E R**

    **AND NOW,** this 8th day of July, 2002, upon consideration of the attached request dated July 3, 2002, it is hereby **ORDERED** that the said request is **DENIED** with leave to renew at the pretrial conference on **July 26, 2002**, at 9:00 a.m.[1]

BY THE COURT:

_____
**MARVIN KATZ, S.J.**

---

1. The court does not wish to be arbitrary, but the early conference is often useful. If more time for discovery is needed, it will be provided at the conference.