William L. McLaughlin, Jr. Esq.
**WILLIAM L. McLAUGHLIN LAW OFFICES**
23 South Valley Road, P.O. Box 494
Paoli, PA 19301
Identification No. 48307
(610) 644-4545
_____

**United States District Court
Eastern Distrcit of Pennsylvania,**

| | | |
|---|---|---|
| JOSEPH T. LAWLOR<br>516 Westford Drive<br>Exton, PA 19341<br>        Plaintiff | : <br>: <br>: <br>: | CIVIL ACTION<br><br>No. 02-2750 |
| vs. | : | |
| PBR Consulting Group, Inc.<br>d/b/a Omicron Consulting<br>1500 Market Street #2300 West<br>Philadelphia, PA 18947<br>        Defendant | : <br>: <br>: <br>: <br>: | DEMAND FOR A JURY TRIAL |

**PLAINTIFF'S SELF-EXECUTING DISCLOSURE STATEMENT**

   Plaintiff, Joseph Lawlor, by and through his attorney William L. McLaughlin, Jr., does hereby disclose the following information as required by local rule 4:01:

I.   This witness list is being complied during the discovery process and may be supplemented.  The current list of witnesses includes the following:

a)   Kevin Lucas, 5317 Sylvester Street, Philadelphia, PA 19124

b)   Valerie Mulhurn, PBR Consulting Group, Inc.

c)   Valerie DeRusso, PBR Consulting Group, Inc.

d)   Amy Barry, (412)741-2735

This list will be supplemented

II. The locations of all relevant documents. To the best of my knowledge, all documents relating to this case would be located at the defendant's place of business, at the plantiff's residence, at the plaintiff's counsel's office, at the defendant's counsel's office, some may be located at the witnesses' homes.

III. The plaintiff has no insurance relevant to this litigation.

                                                                               _____
                                                          William L. McLaughlin, Jr.
                                                          Attorney for Plaintiff

Date: July 12, 2002