William L. McLaughlin, Jr., Esq.
Attorney I.D. No. 48307
**William L. McLaughlin Law Offices**
23 South Valley Road
P.O. Box 494
Paoli, PA 19301
610 644 4545

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH T. LAWLOR | : | CIVIL ACTION AT LAW |
| Plaintiff, | : | |
| | : | No. 02-2750 |
| v. | : | |
| PBR CONSULTING GROUP, INC. | : | |
| Defendant. | : | |

### REPLY TO MOTION TO DISMISS

Plaintiff, Joseph T. Lawlor, by his attorney, William L. McLaughlin, Jr., hereby moves this Court to deny the Defendant's Motion to Dismiss the Plaintiff's Complaint for the reasons stated in the attached Memorandum of Law.

            Respectfully submitted

            By:_____
             William L. McLaughlin, Jr., Esq.

Dated: June 28, 2002